IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LEHESTER JOSUE ORTIZ-BARRALAGA,

    Petitioner,

v.                                              Case No. 2:25-cv-3099-MSN-tmp

BRIAN ACUNA, et al.,

    Respondents.

---

### ORDER DIRECTING CLERK TO MODIFY DOCKET, ORDERING PETITIONER TO SERVE PETITION, AND ORDERING RESPONDENT TO SHOW CAUSE

---

Petitioner Lehester Josue Ortiz-Barralaga, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The proper respondent in this case is Mellissa B. Harper, the New Orleans Field Office[1] Director for ICE Enforcement and Removal Operations.[2] The Clerk is **DIRECTED** to add Mellissa Harper as Respondent and to terminate

---

[1] The address for the New Orleans Field Office of ICE's Enforcement and Removal Operations is 181 James Drive W, St. Rose, LA 70087. *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Dec. 3, 2025), archived at https://perma.cc/8DG8-TK9L.

[2] *See* Immigration and Customs Enforcement, https://www.ice.gov/news/releases/ice-relocates-new-orleans-field-office-headquarters-st-rose-louisiana#:~:text=%E2%80%9CWe%20are%20excited%20to%20be,Harper. (last accessed Dec. 8, 2025), archived at https://perma.cc/FF95-9K6P.

Brian Acuna, Keith Deville, Todd Lyons, Kristi Noem, Pamela Bondi, and Daren K. Margolin as Respondents.

Petitioner is **ORDERED** to provide immediate service of the Petition and this Order to the United States Attorney for the Western District of Tennessee electronically at stuart.canale@usdoj.gov.  Respondent is **ORDERED** to show cause within **14 days** of such electronic service why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  The electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

Petitioner may file a reply to Respondent's answer or response within **seven (7) days** of service.  If Petitioner asserts that there are issues of fact that need to be resolved at a hearing, Petitioner shall include those issues in the reply.  If the Court finds that a hearing is necessary, a date will be set by separate order.  *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 9th day of December, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE